IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | |
| | ) | |
| RODRIGO RODRIGUEZ-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney is notified of the filing on July 25, 2005, of a motion to dismiss the indictment , filing 88. The United States shall have until September 2, 2005, in which to respond.

Dated August 1, 2005.

                    BY THE COURT

                    s/ Warren K. Urbom
                    United States Senior District Judge