IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:02CR3020 |
| ) | |
| v. ) | |
| ) | |
| RODRIGO RODRIGUEZ-MENDEZ, ) | ORDER GRANTING MOTION TO |
| ) | WITHDRAW |
| Defendant. ) | |
| ) | |

IT IS ORDERED that the defendant's Motion to Withdraw, filing 93, is granted.

DATED this 11th day of October, 2005.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge