IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RODRIGO RODRIGUEZ-MENDEZ, | ) | ORDER ON MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE REPLY TO |
| Defendant. | ) | GOVERNMENT'S RESPONSE |
| | ) | |

    IT IS ORDERED that the Motion for Extension of Time to File Reply to Government's Response, filing 99, is denied as being untimely.

    Dated November 29, 2005.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge