IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:02CR3020 |
| ) | |
| v. ) | |
| ) | |
| RODRIGO RODRIGUEZ- ) | MEMORANDUM AND ORDER ON |
| MENDEZ, ) | MOTION TO DESTROY OR |
| ) | OTHERWISE DISPOSE OF |
| Defendant. ) | EXHIBITS |

    The United States of America has moved to destroy or otherwise dispose of exhibits in its control regarding the above-entitled case. In view of the fact that the defendant was sentenced to life imprisonment plus 60 months and the defendant has since his conviction sought ways to resist his verdict of guilt, I think it not appropriate to destroy or otherwise dispose of the exhibits, because they may be needed in future proceedings.

    The defendant has objected to the Motion to Destroy or Otherwise Dispose of Exhibits and asks for an order authorizing the prosecutor to send all the exhibits to him. That would not be appropriate.

    IT IS ORDERED that the Motion to Destroy or Otherwise Dispose of Exhibits, filing 103, is denied, and the request of the defendant to send the exhibits to him is denied.

    Dated May 18, 2006.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge