IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02cr3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 18 U.S.C. § 3582(c)(2) |
| | ) | |
| RODRIGO RODRIGUEZ-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on June 8, 2007, of a motion under 18 U.S.C. § 3582(c)(2) requesting the court to reduce the defendant's sentence, filing 106.   The United States shall have until July 27, 2007, in which to respond.

    Dated June 11, 2007.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge