IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| RODRIGO RODRIGUEZ-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States Attorney is notified of the filing on March 8, 2011, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 111. The United States shall have until April 25, 2011, in which to respond.

    Dated March 9, 2011.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge