IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| RODRIGO RODRIGUEZ-MENDEZ, | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| Defendant. | ) | |

In accordance with the "Memorandum and Order on Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,"

**IT IS ORDERED** that a certificate of appealability is issued on the question of whether the Supreme Court's decision in Carachuri-Rosendo applies retroactively to cases on collateral review.

Dated August 29, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge