IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:02-CR-3020 |
| vs. | |
| RODRIGO RODRIGUEZ-MENDEZ, | ORDER |
| Defendant. | |

The Federal Public Defender has appeared on the defendant's behalf and filed a motion (filing 145) for appointment of counsel to pursue a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Accordingly,

IT IS ORDERED:

1. The motion to appoint counsel (filing 145) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce the defendant's term of imprisonment.

- 2 -

3. The Office of U.S. Probation and Pretrial Services is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the defendant's anticipated motion. The Federal Public Defender shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

Dated this 13th day of March, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge